1
2
3
4

James R. Hawkins, Esq. SBN 192925
Isandra Fernandez, Esq. SBN 220482
Kacey E. Cook, Esq. SBN 337905
**JAMES HAWKINS APLC**
9880 Research Drive, Suite 200
Irvine, CA 92618
TEL:  (949) 387-7200
FAX: (949) 387-6676

5
6

Attorneys for Plaintiff, JAVIER MORA
on behalf of himself and all others similarly situated

7
8
9
10
11
12

Amy Todd-Gher, Esq., Bar No. 208581
atodd-gher@littler.com
Jamie L. Santos, Bar No. 325564
jlsantos@littler.com
**LITTLER MENDELSON, P.C.**
501 W. Broadway, Suite 900
San Diego, CA 92101
TEL: (619) 232-0441
FAX: (619) 232-4302

13

Attorneys for Defendant
HENLEY PACIFIC, LLC

14

## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF CALIFORNIA

15
16
17
18
19
20
21
22
23
24
25

| | |
|---|---|
| JAVIER MORA on behalf of himself and all others similarly situated<br><br>        Plaintiff,<br><br>vs.<br><br>HENLEY PACIFIC, LLC a Delaware corporation and DOES 1 through 50, inclusive,<br><br>        Defendants. | Case No.  1:22-CV-00571-JLT-EPG<br>Judge: Hon. Erica P. Grosjean<br><br>(removed from Merced Superior Court Case No. 22CV-00809)<br><br>**STIPULATION OF PARTIES TO DISMISS COMPLAINT PURSUANT TO FED. R. CIV. P. 41(A)(1)(A)(II) AND PURSUE INFORMAL RESOLUTION OR ARBITRATION** |

26
27
28

- 1 -

STIPULATION OF PARTIES TO DISMISS COMPLAINT PURSUANT TO FED. R. CIV. P. 41(A)(1)(A)(II)
AND PURSUE INFORMAL RESOLUTION OR ARBITRATION

4853-9967-9548.2 / 091228-1039

Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), Plaintiff Javier Mora ("Plaintiff") and Defendant Henley Pacific, LLC ("Defendant") (collectively the "Parties"), through undersigned counsel, hereby submit this Stipulation to Dismiss Complaint Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii) and Pursue Informal Resolution or Arbitration.  This Stipulation is based on the following:

WHEREAS, On March 16, 2022, Plaintiff filed a complaint in the Superior Court for the County of Merced entitled JAVIER MORA on behalf of himself and all others similarly situated v. HENLEY PACIFIC, LLC; and DOES 1-50, inclusive, Case No.22CV-00809, styled as a Class Action Complaint, alleging:  (1) failure to pay lawful wages; (2) failure to provide lawful meal periods or compensation in lieu thereof; (3) failure to provide lawful rest periods or compensation in lieu thereof; (4) failure to pay employee expenses; (5) failure to timely pay wages during employment; (6) failure to timely pay wages at termination; (7) failure to provide accurate, itemized wage statements, and (8) violations of the unfair competition law;

WHEREAS, shortly thereafter, this matter was removed by Defendant to this Court;

WHEREAS, Defendant informed Plaintiff's counsel that Plaintiff, in consideration for his employment with Defendant, entered into an agreement with Defendant entitled, "Mutual Agreement to Arbitration Claims" (the "Arbitration Agreement" or the "Agreement") in which the Parties mutually agreed that any claims arising out of or related to Plaintiff's employment with Defendant and any related entity would be resolved on an individual basis by an arbitrator through final and binding arbitration before JAMS, and not by way of a court or jury trial, and provided Plaintiff's counsel a copy of the Arbitration Agreement for review;

STIPULATION OF PARTIES TO DISMISS COMPLAINT PURSUANT TO FED. R. CIV. P. 41(A)(1)(A)(II)
AND PURSUE INFORMAL RESOLUTION OR ARBITRATION
4853-9967-9548.2 / 091228-1039

WHEREAS, the Parties' Agreement also includes a class and collective action waiver stating, in part, "This Agreement affects your ability to participate in class or collective actions.  Both the Company and you agree to bring any dispute in arbitration on an individual basis only, and not on a class or collective basis. There will be no right or authority for any dispute to be brought, heard or arbitrated as a class or collective action, or as a member in any such class or collective proceeding ("Class Action Waiver") …"

WHEREAS, based on the Arbitration Agreement, including the Class Action Waiver, Plaintiff agreed to submit claims arising out of the course and scope of his employment to binding arbitration on an individual basis only, and not as part of a class or collective action;

WHEREAS, after reviewing the Arbitration Agreement and meeting and conferring with Defendant, Plaintiff agreed this matter does not belong in this Court;

WHEREAS, the Parties continue to meaningfully communicate, and are attempting to settle this matter informally before expending the time and resources required for arbitration proceedings; and

Based on the foregoing, the Parties therefore stipulate, agree, and respectfully request that (a) this Court order that Plaintiff's individual claims in this lawsuit be submitted to binding non-judicial arbitration pursuant to the Parties' Arbitration Agreement, and (b) that this case be dismissed without prejudice.

Respectfully submitted,

1

2   DATED:  October 27, 2022          JAMES HAWKINS APLC

3

4                                By      /s/ *Kacey E. Cook*
                                         Isandra Fernandez
5                                        Kacey E. Cook
6                                        Attorneys for Plaintiff
                                         JAVIER MORA
7

8

9

10  DATED:  October 27, 2022          LITTLER MENDELSON, PC

11

12                               By      /s/*Amy Todd-Gher* (as authorized on
                                 10/27/22)
13                                       Amy Todd-Gher
14                                       Jamie L. Santos
                                         Attorneys for Defendant
15                                       HENLEY PACIFIC, LLC.

16

17  **PURSUANT TO STIPULATION, IT IS SO ORDERED.**

18

19

20

21  Dated: November 4, 2022
22                                       UNITED STATES DISTRICT JUDGE

23

24

25

26

27

28

- 4 -

## SIGNATURE ATTESTATION

I, Kacey E. Cook, Esq., hereby attest that all other signatories listed, and on whose behalf the filing is submitted, concur in the filing's content and have authorized the filing.

BY:   */s/ Kacey E. Cook*
Isandra Fernandez, Esq.
Kacey E. Cook. Esq.
James R. Hawkins, Esq.
Attorneys for Plaintiff
JAVIER MORA,
on behalf of himself and
all others similarly situated

## CERTIFICATE OF SERVICE

I hereby certify that on October 27, 2022 I electronically filed the foregoing with the Clerk of the Court for the U.S. District Court, for the Eastern District of California using the CM/ECF system. All participants are registered CM/ECF users, and will be served by the CM/ECF system.

Dated: October 27, 2022                              */s/ Kacey E. Cook*
                                                                    Kacey E. Cook

STIPULATION OF PARTIES TO DISMISS COMPLAINT PURSUANT TO FED. R. CIV. P. 41(A)(1)(A)(II)
AND PURSUE INFORMAL RESOLUTION OR ARBITRATION
4853-9967-9548.2 / 091228-1039